THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARL BOTHNER, Appellant.— Defendant appeals from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting him of a violation of section 986 of the Penal Law (book-making). Judgment unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS MANGANO, Appellant.— Defendant was indicted in the County Court, Queens County, upon two counts, burglary in the third degree and petit larceny. Upon trial he was convicted as charged and sentenced to a term of from five to twenty years, to be served following a term then being served by the defendant in the Federal penitentiary for the crime of larceny under the Federal statutes. This larceny involved the same property that was involved in the petit larceny charge in Queens County. Judgment modified on the law by setting aside the verdict of guilty of the commission of the crime of petit larceny and by dismissing the second count contained in the indictment. As so modified, the judgment is unanimously affirmed. (Penal Law, §§ 28, 33; Code Crim. Pro., § 139.) The sentence, as imposed, is approved and affirmed as punishment for the commission of the crime of burglary in the third degree as a second offense. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

VERNEX ESTATES, INC., Respondent, v. CHARLES F. VACHRIS, INC., et al., Appellants.— Action to recover damages for injury to plaintiff's building, caused by excavation work performed by defendant Charles F. Vachris, Inc., in connection with the erection of an elevated structure on the right of way of defendant Long Island Railroad Company immediately adjoining plaintiff's premises. Judgment in favor of plaintiff, against both defendants, unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [See post, p. 991.]

ERNEST F. W. WILDERMUTH, Appellant, v. JOHN M. KEATING, Respondent.— In a libel action, order denying plaintiff's motion to examine one C. Frank Reavis as a witness before trial affirmed, with $10 costs and disbursements. No opinion. Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.

## (October 24, 1945.)

In the Matter of the Application of FREDERIC ARNOLD DAUM for Admission to Practice as an Attorney. (From the State of Iowa.) — Application granted. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the Application of REUBEN FINGOLD for Admission to Practice as an Attorney. (From the State of Pennsylvania.) — Application granted. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the Application of ELMER E. METZ for Admission to Practice as an Attorney. (From the States of Florida and Michigan.) — Application granted. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the Application of CHARLES RUSSELL SHETTERLY for Admission to Practice as an Attorney. (From the State of Colorado.) — Application granted. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the Application of PETER SHUEBRUK for Admission to Practice as an Attorney. (From the State of Massachusetts.) — Application granted. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.